## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

ROBERT MURRAY, on behalf of himself and )
all others similarly situated )
                         )
         *Plaintiff,* )
                         )    Case No. 4:18-cv-202-JM
    vs. )
                         )
EARTHLINK HOLDINGS CORP., SUSAN D. )
BOWICK, JOSEPH F. EASOR, KATHY )
S.LANE, GARRY K. MCGUIRE, R. GERARD )
SALEMME, JULIE A. SHIMER, MARC F. )
STOLL, WALTER L. TUREK, WINDSTREAM )
HOLDINGS, INC., CAROL B. ARMITAGE, )
SAMUEL E. BEALL III, JEANNIE H. )
DIEFENDERFER, ROBERT E. )
GUNDERMAN, JEFFREY T. HINSON, )
WILLIAM G. LAPERCH, LARRY LAQUE, )
KRISTI MOODY, MICHAEL G. STOLTZ, )
TONY THOMAS, and ALAN L. WELLS, )
         *Defendants.*

## WINDSTREAM HOLDINGS, INC.'S
## NOTICE OF BANKRUPTCY AND AUTOMATIC STAY

    Defendant Windstream Holdings, Inc. ("Windstream") gives notice to the Court and the parties to this case as follows:

    1.    Windstream filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 25, 2019. Windstream's bankruptcy case is pending before the United States Bankruptcy Court for the Southern District of New York as case no. 19-22312-RDD. A copy of Windstream's petition is attached to this notice as Exhibit 1.

2.    As a result of Windstream's petition, certain acts and proceedings against Windstream and its property are automatically stayed as provided in 11 U.S.C. § 362.  The automatic stay prevents this lawsuit from proceeding or continuing against Windstream without first obtaining relief from the automatic stay from the United States Bankruptcy Court for the Southern District of New York.

/s/ Gary D. Marts, Jr.
Gary D. Marts, Jr. (2004116)
Wright, Lindsey & Jennings LLP
200 W. Capitol Ave., Ste. 2300
Little Rock, Arkansas 72201
(501) 371-0808
(501) 376-9442 (fax)
gmarts@wlj.com

/s/ Parker M. Justi
Robert S. Saunders (pro hac vice)
Ronald N. Brown, III (pro hac vice)
Parker M. Justi (pro hac vice)
Skadden, Arps, Slate,
  Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3000
(302) 574-3000 (fax)
rob.saunders@skadden.com
ron.brown@skadden.com
parker.justi@skadden.com

*Attorneys for Windstream Holdings, Inc., the Windstream Defendants, and EarthLink Holdings Corp.*