UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| ROBERT MURRAY, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>EARTHLINK HOLDINGS CORP., et al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:18-cv-00202-JM<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

4857-3862-7297

Lead Plaintiff Robert Murray, upon the accompanying Memorandum of Law and Stipulation of Settlement and Exhibits, hereby moves the Court for an order: (1) preliminarily approving the Settlement; (2) certifying the Settlement Class for purposes of the Settlement; (3) authorizing notice to Settlement Class Members; and (4) setting a hearing date for final approval and a schedule for the related deadlines.  A [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is being submitted herewith.

DATED:  September 6, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (admitted *pro hac vice*)
A. RICK ATWOOD, JR. (admitted *pro hac vice*)
DAVID A. KNOTTS (admitted *pro hac vice*)
LION WINTEMUTE (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dknotts@rgrdlaw.com
lwintemute@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
NOAM MANDEL (admitted *pro hac vice*)
DESIREE CUMMINGS (admitted *pro hac vice*)
JONATHAN ZWEIG (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
NoamM@rgrdlaw.com
DCummings@rgrdlaw.com
JZweig@rgrdlaw.com

*Lead Counsel for Plaintiff*

RANDALL K. PULLIAM
Bar No. ABN 98105
HANK BATES
Bar No. ABN 98063
CARNEY BATES & PULLIAM, PLLC
519 W. 7th Street
Little Rock AR  72201
Telephone:  501-312-8500
501/312-8505 (fax)
E-mail: rpulliam@cbplaw.com
E-mail: hbates@cbplaw.com

*Local Counsel*

JOHNSON FISTEL, LLP
BRETT M. MIDDLETON
501 West Broadway, Suite 800
San Diego, CA  92101
Telephone:  619/230-0063
brettm@johnsonfistel.com

*Additional Counsel for Plaintiff*

- 2 -

4857-3862-7297