UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ROBERT MURRAY, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>EARTHLINK HOLDINGS CORP., et al.<br><br>                Defendants. | No. 4:18-cv-00202-JM<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |

PLEASE TAKE NOTICE that on February 6, 2025, at 10:00 a.m., at the United States District Court for the Eastern District of Arkansas, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201, Lead Plaintiff Robert Murray, on behalf of the Settlement Class, will respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of orders: (a) granting final approval of the proposed Settlement; and (b) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that, in support of his motion, Lead Plaintiff submits and is filing herewith: the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; the Declaration of David A. Knotts in Support of Settlement Motions; the Declaration of Lead Plaintiff; and the Declaration of Ross D. Murray.

Proposed orders will be submitted with Lead Plaintiff's reply submission on January 30, 2025.

DATED: January 2, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (admitted *pro hac vice*)
A. RICK ATWOOD, JR. (admitted *pro hac vice*)
DAVID A. KNOTTS (admitted *pro hac vice*)
LION WINTEMUTE (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dknotts@rgrdlaw.com
lwintemute@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
NOAM MANDEL (admitted *pro hac vice*)
DESIREE CUMMINGS (admitted *pro hac vice*)
JONATHAN ZWEIG (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
NoamM@rgrdlaw.com
DCummings@rgrdlaw.com
JZweig@rgrdlaw.com

*Lead Counsel for Plaintiff*

RANDALL K. PULLIAM
Bar No. ABN 98105
HANK BATES
Bar No. ABN 98063
CARNEY BATES & PULLIAM, PLLC
519 W. 7th Street
Little Rock AR  72201
Telephone:  501-312-8500
501/312-8505 (fax)
E-mail: rpulliam@cbplaw.com
E-mail: hbates@cbplaw.com

*Local Counsel*

JOHNSON FISTEL, LLP
BRETT M. MIDDLETON
501 West Broadway, Suite 800
San Diego, CA  92101
Telephone:  619/230-0063
brettm@johnsonfistel.com

*Additional Counsel for Plaintiff*

- 2 -