UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| ROBERT MURRAY, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 4:18-cv-00202-JM |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | ORDER APPROVING PLAN OF ALLOCATION |
| EARTHLINK HOLDINGS CORP., et al. | ) ) ) | |
| Defendants. | ) ) | |

This matter having come before the Court on February 6, 2025, on Lead Plaintiff's motion for approval of the Plan of Allocation of the settlement proceeds in the above-captioned action (ECF 189); the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings as set forth in the Stipulation of Settlement dated September 4, 2024, ECF 182.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Settlement Class Members provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

4. The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate, and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED this 6th day of February, 2025.

 

_____
THE HONORABLE JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE